# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMON DAVID CALISTE

NO. 2020 KW 0383

JULY 06, 2020

---

In Re: Damon David Caliste, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 460590.

---

BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.

**REQUEST FOR ORAL ARGUMENT DENIED. WRIT DENIED.** Relator's claims concerning his habitual offender adjudication and sentence are refuted by the information contained in the transcript of the habitual offender proceedings. Furthermore, the sentence reductions which relator seeks to avail himself of apply retroactively only to inmates sentenced prior to June 15, 2001. See La. R.S. 15:308(A)(1) & (2) (prior to amendment by 2014 La. Acts No. 340, § 1). Relator's habitual offender sentence was imposed in 2010, and it falls within the range of the applicable penalty provisions. See La. R.S. 14:67(B) & La. R.S. 15:529.1(A)(1)(c)(ii) (prior to amendment by 2017 La. Acts Nos. 257 and 282, §§ 1; effective November 1, 2017). Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT